**MEMO ENDORSED**

**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

| NEW YORK CITY OFFICE | | WHITE PLAINS OFFICE |
|---|---|---|
| 299 BROADWAY | | 175 MAIN STREET |
| SUITE 1700 | | SUITE 800 |
| NEW YORK, NY 10007 | | WHITE PLAINS, NY 10601 |
| OFFICE: (212) 962-1333 | | OFFICE: (914) 358-5998 |
| FAX: (212) 962-1778 | June 18, 2020 | FAX: (914) 761-0995 |

Honorable Nelson Roman
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

BY ECF and EMAIL/PDF

Bail modification request granted without objection and as set forth below. Clerk of the Court requested to terminate the motion (doc. 66).

Dated: June 18, 2020   SO ORDERED.

Nelson S. Román, U.S.D.J.

Re:   *USA v. Brian Rodriguez*, 19 Cr. 449 (NSR) -02
      **Request for Temporarary Modification of Bond Conditions**

Dear Judge Roman:

I am appointed to represent the defendant pursuant to CJA, who is charged with Hobbs Act Robbery conspiracy as well as a related firearms count. On May 1, 2019, the Honorable Judith C. McCarthy granted the defendant's request for bond and he was released on an unsecured bond of $100,000, co-signed by three financially responsible persons, two of whom also for moral suation, with strict conditions of electronic monitoring and home confinement. (ECF Doc No. 7). He has been fully compliant with all conditions of release.

The defendant, who resides with his parents, is planning to celebrate together with his family, his father's birthday with a barbecue in their backyard, on Saturday, June 20, 2020 from 3 pm to 8 pm. I have been informed that should the defendant leave his home beyond a certain range in his backyard it would cause a notification to Pretrial Services of him being away without permission.

I therefore write to the Court to request that the defendant's home confinement and strict electronic monitoring conditions be temporarily suspended, on June 20, 2020 from 3 pm until 8 pm, to allow him to attend the barbecue, and to resume at the end of that period. I am informed by Pretrial Services and the Government that there is no objection.

Thank you, Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/2020

cc:   AUSA Lindsey Keenan (By ECF and Email/PDF)
      PTSO Leo Barrios (By Email/PDF)