# Green & Willstatter
Attorneys at Law
200 Mamaroneck Avenue
Suite 605
White Plains, New York 10601

Theodore S. Green
Richard D. Willstatter

(914) 948-5656
Fax (914) 948-8730

e-mail: willstatter@msn.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/01/2024

February 29, 2024

Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Brian Rodriguez*
19 Cr. 449-2 (NSR)
*Brian Rodriguez v. United States*
24 Civ. 0531 (NSR)

Dear Judge Román:

This is an application for an extension of time to file supplementary papers in support of Brian Rodriguez's pending 2255 motion. Mr. Rodriguez timely filed his motion on January 24, 2024. I appeared two days ago on February 27, 2024.

I propose to file supplementary papers on or before April 15, 2024. Mr. Rodriguez consents to an extension of time for the government to answer his motion, currently due at the end of March. I hope my submission will facilitate the Court's resolution of the motion. The government does not oppose this application.

Separately, the defense seeks an order to the United States Probation Department authorizing release of the Final Pre-Sentence Investigation Report to me.

Very truly yours,

 /s/ Richard Willstatter
Richard D. Willstatter

**Petitioner's request for an extension of time to file supplementary papers is GRANTED without opposition by the Government. Petitioner shall file supplementary papers on or before April 15, 2024. The Court GRANTS defense counsel's request and authorizes the U.S. Probation Department to release a copy of the Final Pre-Sentence Investigation Report to defense counsel. The Clerk of the Court is directed to terminate the motion at ECF No. 279.**

**Dated: March 1, 2024**
   **White Plains, NY**

SO ORDERED:

[signature]
Hon. Nelson S. Román
United States District Judge